CYNTHIA BESADE *v.* INTERSTATE SECURITY
SERVICES ET AL.
(13395)

O'CONNELL, SCHALLER and CRETELLA, Js.
Argued February 7—decision released March 7, 1995

*Richard S. Bartlett,* for the appellant (named defendant).

*Matthew Shafner,* with whom, on the brief, was *Mark W. Oberlatz,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.